**CANAL INSURANCE COMPANY,**
Appellant,

v.

**J. C. BROOKS, Jr., et al., Appellees.**

No. 19647.

United States Court of Appeals
Fifth Circuit.

Nov. 28, 1962.

Thos. M. Hayes, Jr., Hayes, Harkey & Smith, Monroe, La., for appellant.

Sidney E. Cook, Charles D. Egan, Shreveport, La., Ronald C. Martin, Natchitoches, La., for appellees.

Before HUTCHESON, CAMERON and JONES, Circuit Judges.

PER CURIAM.

The issues in this case, and the facts by which those issues were presented, were carefully considered and properly decided by the district court. The facts are stated and the reasons for the decision are set forth in the opinion of the district court. Canal Insurance Co. v. Brooks, D.C., 201 F.Supp. 124. For the reasons given by the district court, its judgment is

Affirmed.

---

**Frank J. ABEL, Appellant,**

v.

**Ellis CAMPBELL, Director of Internal Revenue, Appellee.**

No. 19869.

United States Court of Appeals
Fifth Circuit.

Nov. 28, 1962.

Stephen L. Mayo, John W. Price, Dallas, Tex., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Frederick E. Youngman, Meyer Rothwacks, Thomas A. Skornia, Attys., Dept. of Justice, Washington, D. C., Barefoot Sanders, U. S. Atty., Martha Joe Stroud, Asst. U. S. Atty., Dallas, Tex., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

The judgment of the trial court dismissing this suit for an injunction against the collection of Federal income taxes is hereby AFFIRMED. The complaint did not allege facts that would bring it within any exception to Section 7421(a) of the Internal Revenue Code of 1954. See Enochs v. Williams Packing Company, 370 U.S. 7, 82 S.Ct. 1125, 8 L.Ed.2d 292.